# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

(Revised 4-20-10)

| | | |
|---|---|---|
| Tanker Pacific Chartering (2) Ltd., | : | |
| Plaintiff, | : | Case No.: |
| -vs- | : | District Judge |
| Lukoil Pan-Americas LLC | | Magistrate Judge |
| Defendant, | : | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to S.D. Ohio Civ. R. 83.3(e) **and 83.4(a),** <u>Kelly E. Mulrane</u>, trial
(Name of Trial Attorney)

attorney for <u>Tanker Pacific Chartering (2) Ltd.</u>, in the above-referenced action, hereby moves the court to
(Name of Party)

admit <u>J. Stephen Simms</u>, *pro hac vice* to appear and participate as counsel or co-counsel
(Name of PHV Attorney)

in this case for <u>Tanker Pacific Chartering (2) Ltd.,</u>.
(Name of Party)

Movant represents that <u>J. Stephen Simms</u> is a member in good standing
(Name of PHV Attorney)

of the highest court of <u>Maryland</u> as attested by the accompanying certificate from that
(Name of State)

court and that <u>J. Stephen Simms</u> is not eligible to become a member of the
(Name of PHV Attorney)

permanent bar of this Court. This Motion is accompanied by the required $200.00 fee.

<u>J. Stephen Simms</u> understands that, unless expressly excused, he or
(Name of PHV Attorney)

she must register for electronic filing with this Court promptly upon the granting of this Motion.

<u>J. Stephen Simms</u>  's relevant identifying information is as follows:
(Name of PHV Attorney)

Business telephone <u>410-783-5795</u>   Business fax <u>410-510-1789</u>

Business address <u>Simms Showers LLP, 201 International Circle, Baltimore, Maryland 21030</u>

Business e-mail address <u>jssimms@simmsshowers.com</u>

<u>s/ Kelly E. Mulrane</u>
(Signature of Trial Attorney)
<u>BENESCH FRIEDLANDER  COPLAN & ARONOFF LLP</u>
(Address)
<u>41 S. High Street, Suite 2600</u>
(City, State, Zip Code)
<u>Columbus, Ohio 43215</u>
(Telephone Number)

Trial Attorney for <u>Tanker Pacific Chartering (2) Ltd.,</u>
(Name of Party)

**(Please attach required Certificate of Service)**

# Court Of Appeals of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

STATE OF MARYLAND, ss:

I, Bessie M. Decker, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twentieth day of December, 1985,

## John Stephen Simms

having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.

**In Testimony Whereof,** I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this fourth day of April, 2018.

*Bessie M. Decker*
Clerk of the Court Of Appeals of Maryland